IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TERRENCE A. HARVEY, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:15cv00401 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| T.D. LARGE, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that defendants Mullins and Kelly's motion for summary judgment (Docket No. 68) is **GRANTED**, defendants Large, Sykes, Collins, Franklin, Miller, Woliver, Gibson, Addington, Still, McCowan, and Dockery's motion for summary judgment (Docket No. 66) is **DENIED in part** as to Harvey's claims concerning the use of five-point restraints against defendants Franklin, Collins, Gibson, Addington, Woliver, and Miller, and **GRANTED in part** as to all the remaining claims and against all the remaining defendants. The Clerk shall **TERMINATE** Large, Sykes, Still, McCowan, Dockery, Mullins, and Kelly as defendants to this action. Pursuant to Standing Order 2013-6, defendants Franklin, Collins, Gibson, Addington, Woliver, and Miller are directed to **FILE** a motion for summary judgment addressing, *inter alia*, the merits of Harvey's excessive force and living conditions claims as they relate to the use of five-point restraints.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

ENTER: This 31st day of January, 2017.

                                                                          /s/ Norman K. Moon
                                                                          NORMAN K. MOON
                                                                          UNITED STATES DISTRICT JUDGE